*-APPLICATION-*

## Title

**Title of Work:** ▮▮▮▮▮▮▮▮▮▮

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** January 19, 2012     **Nation of 1st Publication:** United States

## Author

- **Author:** Digital Sin Inc
  **Author Created:** entire motion picture

  **Work made for hire:** Yes
  **Citizen of:** not known     **Domiciled in:** not known
  **Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Digital Sin Inc
21345 Lassen Street, Chatsworth, CA, 91311

## Certification

**Name:** Sonia Bang
**Date:** January 23, 2012

**Registration #:**
**Service Request #:**  1-714915653

| | |
|---|---|
| **Priority:** Routine | **Application Date:** January 23, 2012 05:47:11 PM |

## Correspondent  _____

**Organization Name:** Digital Sin Inc
**Name:** Sonia Bang
**Email:** soniab@newsensations.com       **Telephone:** 818-773-4999
**Address:** 21345 Lassen Street
Chatsworth, CA 91311

## Mail Certificate  _____

Digital Sin Inc
Sonia Bang
21345 Lassen Street
Chatsworth, CA 91311