Furman, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIGITAL SIN, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 12-cv-03873-JMF |
| DOES 1 – 27 | ) ) ECF CASE |
| Defendants. | ) ) ) |

[~~PROPOSED~~] ORDER ON ENLARGEMENT OF TIME TO SERVE DEFENDANTS

The Court, having reviewed Plaintiff's Application for Enlargement of Time to Serve Defendants and good cause appearing therefore, hereby **grants** Plaintiff's Application, and orders as follows:

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the time for Plaintiff to serve defendants with summons and the complaint is extended by 90 days from the date of this Order.

SO ORDERED this 24th day of September, 2012.

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/12

1